Defendent: Denver Health / People of Colorado
777 Bannock St
Denver Co 80202

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
07/05/2022
JEFFREY P. COLWELL, CLERK

V.

Plaintiff: Coalin Hume #662323
P.O. Box 1108  #169015
Denver Co 80201

▲ Court use only ▲
Case Number:

Court Room:

## Notice of Intent to Sue

I Come Before the Courts with the intent to inform the and Denver Health That I am seeking Civil liablity in the form of Monetary Gains for the violations of Hippa, Lawfull act, Health Information Perscription Protection Act you may not Divert, or change the form of any medications from the F.D.A. perscribed forms, or Take any person off of their perscribed Medication for Any Reason exspecially for punishment Reasons. This is Cruel and unsual punishment and cause psychological eneupeable Damage. Causin the effect That I had Been seeking help for with my anger and my manic highs And Manic Lows Causing me to get into altercations That turn pishical. Now I have No write-ups for Diverting my medications or any miss use and I have seen a provider Twice and the Doctor once and They All have told me That there is No Red flags in my file and They Don't know why They are crushing my meds. I have Been in Two Altercations in a Month and a half since They will not Stop crushing my meds. I have no problems when my meds are not crushed and have Been on These particular meds for 15 to 20 years Now. These problems have Caused Damage to my trust in The med.cal personal That Are giving me All types of problems By Blaming Someone els or telling me I am not on a crush order. I am seeking 25 million a day for every day in violation of these protection Acts for my medication. Denver Health and Van Cise simonet Detention facility are named As well As Denver City, County, and the State of Colorado.

Coalin Hume    June 28 2022